UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   13-44938 |
| Sherri & Gary Mikos | ) | |
| | ) | Chapter:  13 |
| | ) | |
| | ) | Honorable Eugene Wedoff |
| | ) | |
| Debtor(s) | ) | |

**ORDER MODIFYING DEBTOR'S PLAN POST-CONFIRMATION**

THIS MATTER coming to be heard on the Debtors' MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

   IT IS HEREBY ORDERED:

   1. Debtors' current Chapter 13 Plan is modified post-confirmation to defer the current trustee's default and to increase the Plan payment starting June 2015 from $2,485 to $2,596 for the remaining months of the plan.

Enter:

/s/ Eugene R. Wedoff

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated:  July 09, 2015

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd.
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600